# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00406-CV

**Jorge Sanchez-Gutierez, d/b/a NCRA, Inc. d/b/a Change Back Stores of Austin and Eugenia Rodarte-Sanchez, d/b/a NCRA, Inc., d/b/a Change Back Stores of Austin, Appellants**

**v.**

**Austin Centennial, Ltd., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT
### NO. GN203734, HONORABLE PATRICK O. KEEL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants filed an unopposed motion to dismiss their appeal advising that they no longer desire to pursue this appeal. The appeal is dismissed on the motion of appellants. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Pemberton

Dismissed on Appellants' Motion

Filed:   September 23, 2004